UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:17-CR-2-KKC-3

UNITED STATES OF AMERICA,                                                       PLAINTIFF,

V.                        **RECOMMENDED DISPOSITION**

SCOTTY PRATT,                                                             DEFENDANT.

During an initial appearance on August 22, 2023, the Defendant was advised of the following alleged violations of supervision, contained in a report dated August 15, 2023:

Violation 1: Mandatory Condition 3: You must refrain from the use of a controlled substance.

Violation 2: Mandatory Conditions 1 & 2: You must not commit another federal state or local crime, and you must not unlawfully possess a controlled substance.

Then, on November 2, 2023, the matter was called for a motion hearing, where the United States represented that should the Defendant commit no further violations, it would move to dismiss the matter. [R. 108]. As a result, the matter was continued and was called before the undersigned on January 9, 2024. At that time, the United States moved to dismiss the matter.

Therefore,

IT IS RECOMMENDED That the United States' motion to DISMISS the pending violations of supervised release be GRANTED.

Defendant has the right to object to this Recommendation and to secure de novo review from the District Judge as to any matter to which he specifically objects and seeks review. Upon the parties' consent, within THREE BUSINESS DAYS after being served with a copy of this

decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals with respect to the particular decision at issue. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

Signed January 9, 2024.



Signed By:
*Edward B. Atkins* *EBA*
United States Magistrate Judge