UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

CRIMINAL ACTION NO. 7:17-CR-02-KKC

UNITED STATES OF AMERICA,     PLAINTIFF

V.     **ORDER**

SCOTTY PRATT,     DEFENDANT

\* \* \* \* \*'

This matter is before the Court on a recommended disposition in which the magistrate judge makes certain recommendations regarding the defendant's alleged violation of the terms of his supervised release (DE 117). The magistrate judge recommends that the Court grant the United States' motion to dismiss the pending violations of supervised release charged against this defendant. No party has filed objections to the recommendation.

Accordingly, the Court hereby ORDERS that the recommendation is ADOPTED as the Court's opinion. The Court further hereby ORDERS that the United States' oral motion to dismiss violations 1 (use of a controlled substance) and 2 (commission of a crime; possession of a controlled substance) charged against the defendant is GRANTED, and those violations are DISMISSED with prejudice.

This 19th day of January, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY